**EX PARTE Geneva COOLEY**

CR-14-0176

Court of Criminal Appeals of Alabama.

01/20/2015

Mand. pet. dismissed

**Cornelius Deunte WEBSTER**

v.

**STATE**

CR-14-0178

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Terry BLAND**

v.

**STATE**

CR-14-0181

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed

**EX PARTE Anthony Cornell THOMAS**

CR-14-0182

Court of Criminal Appeals of Alabama.

01/20/2015

Reh. denied 02/04/2015

Mand. pet. denied

**EX PARTE Sean Travis HOWARD**

CR-14-0184

Court of Criminal Appeals of Alabama.

02/02/2015

Mand. pet. denied

**Terence Devonta JACKSON**

v.

**STATE**

CR-14-0188

Court of Criminal Appeals of Alabama.

01/07/2015

Reh. denied